IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Beatrice L. Wines and

Huey P. Wines

, Debtor(s)

Case No.: 21-09233

Judge: Carol A. Doyle

Chapter: 7

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**SEP 21 2021**

JEFFREY P. ALLSTEADT, CLERK
**INTAKE 2**

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on September 30, 2021, at __10:00__ a.m.., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the debtor's, Motion to Waive the Credit Counseling and Financial Management Courses, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **DOYLE742**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: _/s/ Beatrice Wines_
Debtor, Pro Se

## CERTIFICATE OF SERVICE

I, Beatrice L. Wines, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by method US Postal Service (first class mail) on September 16, 2021, at __10:00_ a.m.


By: *[signature: Beatrice L. Wines]*
Debtor, Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | |
| Beatrice L. Wines and | Case No.: 21-09223 |
| Huey P. Wines | Judge: Carol A. Doyle |
| | Chapter: 7 |
| , Debtor(s) | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 21 2021
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**MOTION TO WAIVE CREDIT COUNSELING AND FINANCIAL MANAGEMENT COURSES**

Now comes Beatrice L. Wines, Debtor, Pro Se, and moves this Honorable Court for, and in support thereof, respectfully represents as follows:

1. On 08/03/2021 Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code.
2. My husband, Huey P. Wines, is physically and mentally incapacitated and cannot complete the required Credit Counseling and Financial Management Courses.
3. Request a waiver of the required courses for my husband, Huey P. Wines.

WHEREFORE, Debtor prays that the Court grant the motion to waive the required Credit Counseling and Financial Management Courses for Huey P. Wines.

Respectfully submitted,

*Beatrice L. Wines*
Debtor, Pro Se